UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FRANCISCO LOPEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROSEMARY NDOH, Acting Warden,<br><br>　　　　Respondent. | Case No.: 1:16-cv-00111-AWI-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S MISCELLANEOUS MOTION<br><br>(Doc. 20) |

On August 12, 2016, the Court granted Respondent's motion to dismiss for failure to state any cognizable federal habeas issues. (Doc. 18.) Petitioner filed a miscellaneous motion on November 2, 2020. (Doc. 20.) However, this case is closed. Therefore, Petitioner's motion is **DISREGARDED**, and no further filings will be accepted in this case.

IT IS SO ORDERED.

　　Dated:　**November 3, 2020**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE